UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| A. TRAVELER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.   1: 06CV56 |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION and ORDER**

This matter is before the Court on the *pro se* Plaintiff's Motion for Continuation (DE # 60) filed August 29, 2006.  Reading the motion liberally, it would appear that this is another occasion where the Plaintiff seeks to supplement his responses to CSX's first set of interrogatories and first request for production of documents.

The Plaintiff correctly notes that he has a duty to supplement a discovery response if he learns it was materially incorrect or incomplete when made, Fed. R. Civ. P. 26(e)(1)(2), but as we explained in the Opinion and Order (DE #58) entered on August 21, 2006, he does not need to file a motion in order to do so.

Accordingly, the Court deems the Plaintiff's latest filing to be a supplementation to earlier discovery responses and since a motion is not required, the Plaintiff's "motion" is deemed MOOT.  The Court once again reminds the Plaintiff that he has been relieved of the responsibility to file discovery.  (*See*, Order (DE # 57) August 21, 2006)).

Enter for August 30, 2006.

                                                                  S/Roger B. Cosbey
                                                                  Roger B. Cosbey,
                                                                  United States Magistrate Judge