UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| A. TRAVELER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.   1: 06CV56 |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

**OPINION and ORDER**

This matter is before the Court on the unopposed Motion to Quash Subpoena Directed Toward Defendant CSX Transportation, Inc.(DE # 94-1).  The Motion asks that a subpoena served on CSX by the *pro se* Plaintiff, A. Traveler, be quashed because it was served after the September 29, 2006, discovery deadline and also because Rule 34 of the Federal Rules of Civil Procedure should have been the vehicle for such discovery.

The Plaintiff has filed no response and since no basis has been offered for the tardy subpoena, we are mindful of what the Seventh Circuit has often said: "[c]ourts have a legitimate interest in ensuring that parties abide by scheduling orders to ensure prompt and orderly litigation." *Campania Mgmt. Co., Inc. v. Rooks, Pitts & Poust*, 290 F.3d 843, 851 (7th Cir. 2002) (citing *United States v. 1948 S. MLK Dr.*, 270 F.3d 1102, 1110 (7th Cir. 2001)).

With no showing of good cause or excusable neglect, the Motion to Quash is clearly well-taken. Accordingly, the Motion is GRANTED and the subpoena is hereby quashed.

Enter: December 12, 2006

                                                        <u>S/Roger B. Cosbey</u>
Roger B. Cosbey
United States Magistrate Judge